NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEL WEBB COMMUNITIES, INC.,**
*Plaintiff-Appellee,*

v.

**CHARLES LESLIE PARTINGTON (DOING BUSINESS AS M.C. MOJAVE CONSTRUCTION) AND JOHN WILSON,**
*Defendants-Appellants,*

AND

**DOE INDIVIDUALS I-X, INCLUSIVE AND ROE ENTITIES I-X, INCLUSIVE,**
*Defendants.*

---

2011-1084

---

Appeal from the United States District Court for the District of Nevada in case no. 08-CV-0571, Judge Gloria M. Navarro.

---

**ON MOTION**

---

**ORDER**

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Ninth Circuit.

It appears from Charles Leslie Partington et al.'s notice of appeal in this unfair competition case that the appellants were intending to seek review in the Ninth Circuit. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order opposing transfer, this appeal will be transferred to the United States Court of Appeals for Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

**DEC 1 4 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jennifer L. Braster, Esq.
Michael J. Nunez, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK